01

02

03

04

05

06                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
07                                   AT SEATTLE

08  JAMES MICHAEL DENSMORE,

09                                  Plaintiff,          Case No. C12-1444-RSM

10            v.

    SNOHOMISH COUNTY, *et al*.,                         ORDER DISMISSING FEDERAL
11                                                      CLAIMS AND REMANDING CASE TO
                                    Defendants.         STATE COURT
12

13          The Court, having reviewed the Report and Recommendation of the Honorable Mary

14  Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and

15  Order:

16          (1)     The Court adopts the Report and Recommendation;

17          (2)     Plaintiff's federal constitutional claims are DISMISSED pursuant to 28 U.S.C. §

18  1915A;

19          (3)     Supplemental jurisdiction over plaintiff's state law claims is declined and this

20  case is REMANDED to the Snohomish County Superior Court for disposition of those claims;

21  and,

22  //

    ORDER DISMISSING FEDERAL
    CLAIMS AND REMANDED CASE
    TO STATE COURT - 1

01          (4)     The Clerk is directed to send copies of this Order to plaintiff, to all counsel of

02   record, and to the Honorable Mary Alice Theiler.

03          DATED this 28 day of January 2013.

04

05

06

07                                    _____
                                      RICARDO S. MARTINEZ
08                                    UNITED STATES DISTRICT JUDGE

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING FEDERAL
CLAIMS AND REMANDED CASE
TO STATE COURT - 2