01
02
03
04
05

06           UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                      AT SEATTLE

08  JAMES MICHAEL DENSMORE,

09                    Plaintiff,         Case No. C12-1444-RSM

        v.
10
    SNOHOMISH COUNTY, *et al*.,          ORDER DISMISSING FEDERAL
11                                       CLAIMS AND REMANDING CASE TO
                      Defendants.        STATE COURT
12

13      The Court, having reviewed the Report and Recommendation of the Honorable Mary

14  Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and

15  Order:

16      (1)   The Court adopts the Report and Recommendation;

17      (2)   Plaintiff's federal constitutional claims are DISMISSED pursuant to 28 U.S.C. §

18  1915A;

19      (3)   Supplemental jurisdiction over plaintiff's state law claims is declined and this

20  case is REMANDED to the Snohomish County Superior Court for disposition of those claims;

21  and,

22  //

ORDER DISMISSING FEDERAL
CLAIMS AND REMANDED CASE
TO STATE COURT - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff, to all counsel of record, and to the Honorable Mary Alice Theiler.

DATED this 28 day of January 2013.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING FEDERAL
CLAIMS AND REMANDED CASE
TO STATE COURT - 2